GOLDSMITH & HULL/Our File #:C9924731
A Professional Corporation
Michael L. GOLDSMITH  (SBN 291700)
16933 PARTHENIA STREET
NORTHRIDGE, CALIFORNIA 91343
Tele: (818) 990-6600  Fax : (818) 990-6140
**govdept1@goldsmithcalaw.com**

ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT NO.** ACV01-10739 |
| ) | |
|     Plaintiff, ) | |
| ) | **SATISFACTION OF JUDGMENT** |
| VS. ) | |
| ) | |
| OLGA  LOPEZ  AKA  OLGA ) | |
| LOPEZ-FELIZ  AKA  OLGA  FELIX ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

TO THE ABOVE-ENTITLED COURT:

      Satisfaction is hereby acknowledged of said judgment, entered on April 18, 2002,

in favor of the United States of America, and against OLGA LOPEZ AKA OLGA

LOPEZ-FELIZ AKA OLGA FELIX and the Clerk is hereby authorized and directed to

enter a Full Satisfaction of record in the said action.

DATED: November 1, 2017          GOLDSMITH & HULL, P.C.
                                    /S/
                          _____
                          Michael L. Goldsmith
                        ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING

I Sonia Molina, declare:

That I am employed in the LOS ANGELES COUNTY, CA; that my business address is 16933 PARTHENIA STREET, NORTHRIDGE, CALIFORNIA 91343; that I am over the age of 18 years, and am not a party to the above-entitled action;

That I am employed by GOLDSMITH & HULL, P.C. who is/are a member of the Bar of the United States District Court for the Central District of California, at whose direction the service of mail described in this Certificate was made; that I deposited in the United States mail, in the above entitled action, in an envelope bearing the requisite postage, a copy of SATISFACTION OF JUDGMENT,  addressed to:

OLGA LOPEZ, et al.
*** ******* ****
Los Angeles CA *****-****

at his/her last known address, at which place there is a delivery service by the United States Mail.

This Certificate is executed on   November 1, 2017 at NORTHRIDGE, CALIFORNIA.

I certify under penalty of perjury that the foregoing is true and correct.

_____
/S/
Sonia Molina